G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff,
ROBERT PAINTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAINTER,<br><br>      Plaintiff,<br><br>vs.<br><br>HEALTHCARE RESOURCE GROUP; and DOES 1 to 10, inclusive,<br><br>      Defendants. | **Case No.: 5:13-cv-00297-TJH-DTB**<br><br>**VOLUNTARY DISMISSAL** |

## <u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Pursuant to FRCP 41a(1), Plaintiff, ROBERT PAINTER, by and through his attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case with prejudice.

RESPECTFULLY SUBMITTED,

DATED:
May 8, 2013

**PRICE LAW GROUP APC**
By: <u>/s/ G. Thomas Martin, III</u>
G. Thomas Martin, III
Attorney for Plaintiff